**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 120-cv-03607-CMA-SKC

JUDITH LARRIMORE, an individual,

        PLAINTIFF,

v.

PROSCI, INC., a Colorado corporation, and
PROFESSIONAL SCIENCE 360 HOLDINGS, INC., a Delaware corporation,

        DEFENDANTS.

---

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE**

---

Plaintiff Judith Larrimore and Defendants, Prosci, Inc. and Professional Science 360 Holdings, Inc. (the "Parties"), have resolved the matter. Accordingly, the Plaintiff, through her undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendants, Prosci, Inc. and Professional Science 360 Holdings, Inc., with prejudice. Prosci, Inc. and Professional Science 360 Holdings, Inc. have not been served with the Summons and Complaint, and therefore have not filed either an Answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Respectfully submitted this 5th day of May, 2021.

BRYAN E. KUHN, COUNSELOR AT LAW, P.C.


s/ *Bryan E. Kuhn*
Bryan E. Kuhn, Esq. #33642
1660 Lincoln St., Ste. 2330
Denver, Colorado 80264
Telephone: (303) 424-4286
Bryan.Kuhn@beklegal.com
ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, a true and accurate copy of the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE** was served upon counsel for Defendants via email, and addressed as follows:

RANGE PC
David Bashford, Esq. #39039
600 Grant St. #650
Denver, CO 80203
(p) (303)595-4747
davidbashford@range.law

ATTORNEYS FOR DEFENDANTS

BRYAN E. KUHN, COUNSELOR AT LAW, P.C.

*Original pleading bearing original signature maintained in the offices of Bryan E. Kuhn, Counselor at law, P.C.*

s/ *Bryan E. Kuhn*
Bryan E. Kuhn, Esq. #33642
1660 Lincoln St., Ste. 2330
Denver, Colorado 80264
Telephone: (303) 424-4286
Fax Number: (303) 425-4013
Bryan.Kuhn@beklegal.com
ATTORNEYS FOR PLAINTIFF

3